I/III.

07-CV-05519-IFP

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL WILLIAM DRIGGERS, Plaintiff, v. DANIEL ENGLISH, et Al., defendants. | CASE NO. C07-5519 FDB/JKA. DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS |

I, PAUL WILLIAM DRIGGERS, Am the plaintiff in the Above entitled case. In Support of my Motion to proceed without being Required to prepay fees or Costs or give security therefor, I state that because of my poverty I Am unable to pay the Costs of said proceeding or to give security therefor, And that I believe I Am entitled to Redress.

I declare that the following statements ARe true And CoRRect.

1. I Am not employed and have no wages.
2. I WAS last employed August 2, 2006, And this WAS A four-month employment.

II / III.

3. In the past 12-months I have not Received any money from Business, Rent payments, interest, or dividends. Also not from pensions, annuities, or life insurance payments; neither inheritances or public assistance.

I have Received as a gift approximately $130.00 from my adult son.

4. I have no cash or money in a checking or savings account. I do not own any Real estate, stock, bonds, notes, automobiles, or other valuable property (not even ordinary furnishings and clothing).

5. As to the minute money I Received or Receive from time to time from my Adult son I use to purchase postage and communication by telephone and a very trivial amount for commissary needs (personal needs such as razor blades, Q-Tips, toothpaste, etc.). I also have some copy of document expense.

I understand that a false statement or answer to, or in, any of the above in this declaration will subject me to the penalties of perjury.

I declare under penalty of perjury

that the foregoing is true and correct.

Signed this 12th day of September, 2007.

Paul W. Driggers

PAUL W. DRIGGERS
24th JANUARY, 1952.
Date of Birth

SUBSCRIBED AND SWORN TO BEFORE ME A NOTARY PUBLIC OF THE STATE OF WASHINGTON by PAUL W. DRIGGERS on the 11 day of September, 2007.

J. A. SJODIN
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
7-09-11

NOTARY PUBLIC

7-9-11
My Commission Expires

APPLICANT-AFFIANT:
PAUL WILLIAM DRIGGERS
Reg. Nu. 00922-287
FDC Seatac unit DC
P.O. Box 13900
Seattle, WA. 98198-1090

(RE: DRIGGERS V. ENGLISH)

## Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 00922287 | **Current Institution:** | SeaTac FDC |
| **Inmate Name:** | DRIGGERS, PAUL | **Housing Unit:** | SET-D-C |
| **Report Date:** | 09/16/2007 | **Living Quarters:** | D05-016L |
| **Report Time:** | 6:37:13 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SET | 9/12/2007 8:47:15 AM | TFN0912 | | | Phone Withdrawal | ($1.00) | | $0.11 |
| SET | 9/7/2007 12:41:33 PM | 85 | | | Sales | ($47.52) | | $1.11 |
| SET | 9/2/2007 9:10:17 PM | TL0902 | | | TRUL Withdrawal | ($2.00) | | $48.63 |
| SET | 9/2/2007 12:41:51 PM | TFN0902 | | | Phone Withdrawal | ($15.00) | | $50.63 |
| SET | 9/2/2007 5:03:07 AM | 33324107 | | | Western Union | $65.00 | | $65.63 |
| SET | 8/29/2007 9:48:05 AM | TFN0829 | | | Phone Withdrawal | ($2.00) | | $0.63 |
| SET | 8/24/2007 5:59:10 PM | TL0824 | | | TRUL Withdrawal | ($2.00) | | $2.63 |
| SET | 8/23/2007 12:45:23 PM | 44 | | | Sales | ($17.24) | | $4.63 |
| SET | 8/16/2007 8:33:44 PM | TL0816 | | | TRUL Withdrawal | ($2.00) | | $21.87 |
| SET | 8/16/2007 1:24:15 PM | TFN0816 | | | Phone Withdrawal | ($15.00) | | $23.87 |
| SET | 8/16/2007 9:15:30 AM | 59 | | | Sales | ($26.60) | | $38.87 |
| SET | 8/16/2007 5:03:23 AM | 33322907 | | | Western Union | $65.00 | | $65.47 |
| SET | 8/12/2007 11:25:50 AM | TFN0812 | | | Phone Withdrawal | ($4.00) | | $0.47 |
| SET | 8/9/2007 5:27:20 PM | TL0809 | | | TRUL Withdrawal | ($2.00) | | $4.47 |
| SET | 8/9/2007 12:28:49 PM | 81 | | | Sales | ($12.65) | | $6.47 |
| SET | 8/7/2007 6:29:31 PM | TFN0807 | | | Phone Withdrawal | ($7.00) | | $19.12 |
| SET | 8/2/2007 5:29:38 PM | TFN0802 | | | Phone Withdrawal | ($10.00) | | $26.12 |
| SET | 8/2/2007 12:09:44 PM | 80 | | | Sales | ($29.25) | | $36.12 |
| SET | 8/2/2007 5:03:56 AM | 33321907 | | | Western Union | $65.00 | | $65.37 |
| SET | 7/29/2007 8:47:01 PM | TFN0729 | | | Phone Withdrawal | ($8.00) | | $0.37 |
| SET | 7/26/2007 12:19:53 PM | 72 | | | Sales | ($15.20) | | $8.37 |
| SET | 7/24/2007 7:03:49 PM | 33321207 | | | Western Union | $20.00 | | $23.57 |
| SET | 7/20/2007 12:10:15 AM | GICD0707 - 409 | | | Debt Encumbrance - Released | | $1.43 | -------- |
| SET | 7/20/2007 12:10:15 AM | GICD0707 - 406 | | | Debt Encumbrance - Released | | $0.57 | -------- |
| SET | 7/20/2007 12:10:15 AM | GICD0707 | | | Inmate Co-pay | ($2.00) | | $3.57 |
| SET | 7/19/2007 7:31:33 AM | TFN0719 | | | Phone Withdrawal | ($20.00) | | $5.57 |
| SET | 7/19/2007 5:03:26 AM | 33320907 | | | Western Union | $25.00 | | $25.57 |
| SET | 7/19/2007 5:03:26 AM | GICD0707 - 409 | | | Debt Encumbrance | | ($1.43) | -------- |
| SET | 7/17/2007 8:35:45 AM | GICD0707 - 406 | | | Debt Encumbrance | | ($0.57) | -------- |
| SET | 7/12/2007 6:42:59 PM | TFN0712 | | | Phone Withdrawal | ($5.00) | | $0.57 |
| SET | 7/11/2007 1:00:31 PM | GICP0707 | | | Inmate Co-pay | ($2.00) | | $5.57 |
| SET | 7/10/2007 8:29:46 AM | 2 | | | Sales | $0.00 | | $7.57 |
| SET | 7/9/2007 8:28:46 AM | TFN0709 | | | Phone Withdrawal | ($10.00) | | $7.57 |

ATTACHMENT 'F.S.', pg. 1

| | | | | | |
|---|---|---|---|---|---|
| SET | 7/6/2007 2:07:29 PM | 19 | Sales | ($27.80) | $17.57 |
| SET | 7/3/2007 1:40:26 PM | TFN0703 | Phone Withdrawal | ($20.00) | $45.37 |
| SET | 7/3/2007 5:03:57 AM | 33319707 | Western Union | $65.00 | $65.37 |
| SET | 7/2/2007 9:40:13 AM | TFN0702 | Phone Withdrawal | ($2.00) | $0.37 |
| SET | 6/28/2007 9:40:43 AM | 64 | Sales | ($47.65) | $2.37 |
| SET | 6/26/2007 5:03:31 AM | 33319207 | Western Union | $50.00 | $50.02 |
| SET | 6/25/2007 7:40:47 PM | TFN0625 | Phone Withdrawal | ($10.00) | $0.02 |
| SET | 6/22/2007 3:32:51 PM | TFN0622 | Phone Withdrawal | ($5.00) | $10.02 |
| SET | 6/21/2007 2:17:22 PM | 98 | Sales | ($61.25) | $15.02 |
| SET | 6/18/2007 6:33:04 PM | TFN0618 | Phone Withdrawal | ($10.00) | $76.27 |
| SET | 6/17/2007 6:33:31 AM | 70185302 | Lockbox - CD | $50.00 | $86.27 |
| SET | 6/17/2007 5:02:58 AM | 33318607 | Western Union | $30.00 | $36.27 |
| SET | 6/14/2007 12:26:11 PM | 87 | Sales | ($49.90) | $6.27 |
| SET | 6/12/2007 12:01:38 PM | TFN0612 | Phone Withdrawal | ($10.00) | $56.17 |
| SET | 6/9/2007 12:04:07 PM | 33318007 | Western Union | $50.00 | $66.17 |
| SET | 6/8/2007 7:20:28 AM | 3 | Sales | ($24.65) | $16.17 |
| SET | 6/6/2007 11:28:35 AM | TFN0606 | Phone Withdrawal | ($20.00) | $40.82 |

1 2

**Total Transactions: 52**

**Totals:** **$0.11** **$0.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SET | $0.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.11 |
| **Totals:** | **$0.11** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.11** |

This statement is true to the best of my knowledge, however I do not work in financial management.

C Pirone
Correctional Counselor
FDC SeaTac
9-16-07

ATTACHMENT 'F.S.', pg. 2