UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL WILLIAM DRIGGERS,

        Plaintiff,

    v.

DANIEL ENGLISH *et al.*,

        Defendants.

Case No.  C07-5519 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DENYING *IN FORMA PAUPERIS* STATUS AND DIRECTING PLAINTIFF PAY THE FILING FEE.

    The Magistrate Judge recommends this application to proceed *in forma pauperis* be denied. Plaintiff has not filed an objection; instead, he has filed a "motion for reinstatement of case," seeking to supplement his complaint and join an additional party as defendant. This motion does not cure the deficiencies in his application to proceed *in forma pauperis.*

    The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, the supplemental motion of Plaintiff [Dkt # 5], and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The application to proceed *in forma pauperis* is **DENIED.** Plaintiff has thirty days from the date of this order to pay the full $350.00 dollar filing fee. If the filing fee is not received in thirty days, the clerk's office is instructed to dismiss this action **WITHOUT PREJUDICE**

    (3)    The motion for reinstatement of case [Dkt #5] is **DENIED**.

    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley

ORDER
Page - 1

1  Arnold.  The Clerk is also directed to note a date on Judge Arnold's calendar thirty days from today
2  so this action can be tracked.
3      DATED this 26th day of November, 2007.

                                                  FRANKLIN D. BURGESS
                                                  UNITED STATES DISTRICT JUDGE