UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL WILLIAM DRIGGERS,

        Plaintiff,

v.

DANIEL ENGLISH *et al.*,

        Defendants.

Case No. C07-5519 FDB

ORDER DISMISSING ACTION

    This matter comes before the Court on Petitioner's various motions concerning reconsideration of this Court's denial of his application to proceed *in forma pauperis*. A review of the underlying proposed supplemental civil rights complaint reveals that this Court does not have jurisdiction over Plaintiff's proposed claims.

    ACCORDINGLY;

    IT IS ORDERED:

    (1)   Plaintiff's motions are DENIED and this matter is DISMISSED in its entirety.

    (2)   The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Kelley Arnold.

    DATED this 18th day of December, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1