# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAUL WILLIAM DRIGGERS

          v.

DANIEL ENGLISH, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5519FDB

          **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX      **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Plaintiff's motions are DENIED and this matter is DISMISSED in it's entirety.

December 18, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk