UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL WILLIAM DRIGGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL ENGLISH *et al.*,<br><br>    Defendants. | Case No.  C07-5519 FDB<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AND MOTION FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW |

    This matter comes before the Court on Plaintiff's motion for reconsideration of the Court's Order dismissing Plaintiff's civil rights action for lack of jurisdiction and motion for findings of fact and conclusions of law.

    Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence.  Plaintiff has not made the requisite showing as to either of the grounds for reconsideration under CR 7(h)(1)

    As demonstrated in the various pleadings in the record, Plaintiff is confined in a federal corrections facility in Florence, Colorado.  The defendants are individuals and governmental agencies of the State of Idaho,  and the actions giving rise to the complaint appear to have occurred in Idaho. Thus, the Western District of Washington does not have jurisdiction to entertain Plaintiff's request to

ORDER
Page - 1

1  proceed *in forma pauperis* in the instant civil rights action.

2      ACCORDINGLY;

3      IT IS ORDERED:

4      (1)    Plaintiff's Motion for Findings of Fact & Conclusions of Law[1] [Dkt #15] is **DENIED**;

5      (2)    Plaintiff's Motion for Reconsideration [Dkt #16] is **DENIED**.

6      (3)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J.

7      Kelley Arnold.

8  DATED this 15th day of January, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

---

[1] Fed. R Civ. P. 52(a) and (b), cited by Plaintiff is inapplicable. Rule 52 governs trial judgments without a jury.

ORDER
Page - 2